UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>                        Plaintiff,<br><br>     v.<br><br>EXXON MOBIL CORP., EXXONMOBIL OIL CORPORATION, ROYAL DUTCH SHELL PLC, SHELL OIL COMPANY, BP P.L.C., BP AMERICA INC., CHEVRON CORPORATION, CHEVRON U.S.A. INC.,<br><br>                        Defendants. | Civil Action No. 1:20-cv-01932-TJK |

**NOTICE OF APPEAL**

Notice is given that Defendants Exxon Mobil Corporation, ExxonMobil Oil Corporation, Shell plc (f/k/a Royal Dutch Shell plc), Shell USA, Inc. (f/k/a Shell Oil Company), BP p.l.c., BP America Inc., Chevron Corporation, and Chevron U.S.A. Inc., hereby appeal to the United States Court of Appeals for the District of Columbia Circuit, pursuant to 28 U.S.C. §§ 1291 and 1447(d), from the Order and Memorandum Opinion (ECF Nos. 117, 118) of the Court granting Plaintiff's Motion to Remand this action to the Superior Court of the District of Columbia, both entered on the 12th day of November, 2022.[1]

---

[1] This is Notice of Appeal is submitted subject to, and without waiver of, any defense, affirmative defense, or objection, including personal jurisdiction, insufficient process, insufficient service of process, or lack of service of process.

DATED:  November 28, 2022

Respectfully submitted,

By: /s/ *Theodore V. Wells*

Theodore V. Wells, Jr. (D.C. Bar
No. 468934)
Daniel J. Toal (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel:  (212) 373-3000
Fax:  (212) 757-3990
E-mail:  twells@paulweiss.com
E-mail:  dtoal@paulweiss.com

Justin Anderson (D.C. Bar No. 1030572)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Tel:  (202) 223-7321
Fax:  (202) 223-7420
E-mail:  janderson@paulweiss.com

Patrick J. Conlon, (D.C. Bar No. 414621)
EXXON MOBIL CORPORATION
22777 Springwoods Village Parkway
Spring, TX 77389
Tel:  (832) 624-6336
E-mail:  patrick.j.conlon@exxonmobil.com

Craig Thompson (D.C. Bar No. 500168)
VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, MD 21202
Tel:  (410) 244-7605
Fax:  (410) 244-7742
E-mail:  cathompson@venable.com

*Attorneys for Defendants*

By: /s/ *Theodore J. Boutrous, Jr.*

Theodore J. Boutrous, Jr. (D.C. Bar
No. 420440)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel:  (213) 229-7000
E-mail:  tboutrous@gibsondunn.com

Thomas G. Hungar (D.C. Bar No. 447783)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5306
Tel:  (202) 955-8500
E-mail:  thungar@gibsondunn.com

*Attorneys for Defendants CHEVRON CORP. and CHEVRON U.S.A., INC.*

By: /s/ *James W. Cooper*

James W. Cooper (D.C. Bar.
No. 421169)
Ethan Shenkman (D.C. Bar No. 454971)
ARNOLD & PORTER KAYE SCHOLER
LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Tel:  (202) 942-5000
Fax:  (202) 942-5999
E-mail:  ethan.shenkman@arnoldporter.com
E-mail:  james.w.cooper@arnoldporter.com

Nancy G. Milburn (*pro hac vice*)
Diana E. Reiter (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER
LLP
250 West 55th Street
New York, NY 10019-9710

*EXXON MOBIL CORPORATION and EXXONMOBIL OIL CORPORATION*

By: */s/ David C. Frederick*

David C. Frederick (D.C. Bar No. 431864)
Grace W. Knofczynski (D.C. Bar. No. 1500407)
Daniel S. Severson (D.C. Bar. No. 208807)
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Tel:  (202) 326-7900
Fax:  (202) 326-7999
E-mail:  dfrederick@kellogghansen.com
E-mail:  gknofczynski@kellogghansen.com
E-mail:  dseverson@kellogghansen.com

*Attorneys for Defendants SHELL PLC (F/K/A ROYAL DUTCH SHELL PLC) and SHELL USA, INC. (F/K/A SHELL OIL COMPANY)*

Tel:  (212) 836-8000
Fax:  (212) 836-8689
E-mail:  nancy.milburn@arnoldporter.com
E-mail:  diana.reiter@arnoldporter.com

John D. Lombardo (*pro hac vice*)
Matthew T. Heartney (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Tel:  (213) 243-4000
Fax:  (213) 243-4199
E-mail:  john.lombardo@arnoldporter.com
E-mail: matthew.heartney@arnoldporter.com

Jonathan W. Hughes (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
3 Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel:  (415) 471-3100
Fax:  (415) 471-3400
E-mail:  jonathan.hughes@arnoldporter.com

*Attorneys for Defendants BP PLC and BP AMERICA INC.*