# United States Court of Appeals
## For The District of Columbia Circuit

**No. 22-7163**                 **September Term, 2022**

**1:20-cv-01932-TJK**

**Filed On:** December 23, 2022

District of Columbia,

       Appellee

v.

Exxon Mobil Corporation, et al.,

       Appellants

**BEFORE:** Millett, Pillard, and Pan, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for a stay pending appeal, which includes an unopposed request for an administrative stay and a joint proposed briefing schedule for the motion, it is

**ORDERED** that the district court's November 12, 2022 order be administratively stayed pending further order of the court. The purpose of this administrative stay is to give the court sufficient opportunity to consider the emergency motion for a stay pending appeal and should not be construed in any way as a ruling on the merits of that motion. See D.C. Circuit Handbook of Practice and Internal Procedures 33 (2021). It is

**FURTHER ORDERED** that appellee file a response to the motion by January 13, 2023. Any reply is due by January 20, 2023.

**Per Curiam**

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                            BY:      /s/
                                             Tatiana Magruder
                                             Deputy Clerk