# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 22-7163                      September Term, 2023

FILED ON: DECEMBER 19, 2023

DISTRICT OF COLUMBIA,
          APPELLEE

v.

EXXON MOBIL CORPORATION, ET AL.,
          APPELLANTS

Appeal from the United States District Court
for the District of Columbia
(No. 1:20-cv-01932)

Before: KATSAS, RAO and PAN, *Circuit Judges*

**JUDGMENT**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's order remanding this case to the Superior Court of the District of Columbia be affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

          **FOR THE COURT:**
          Mark J. Langer, Clerk

BY:   /s/

          Daniel J. Reidy
          Deputy Clerk

Date: December 19, 2023

Opinion for the court filed by Circuit Judge Rao.